RCVD - USDC - CHAS, SC
2026 SEP 17 PM2:13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Johntè Lateish Porter,
Plaintiff,

v.

The Boeing Company,
Defendant.

CASE NO.: ________________
(Leave blank - Clerk will fill this in)

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. PARTIES

1. Plaintiff, Johntè Lateish Porter, resides at 5234 Napoleon Drive Apt 5, North Charleston, SC 29418. Plaintiff is currently unemployed.
2. Defendant, The Boeing Company, is an employer located at 929 Long Bridge Drive, Arlington, VA 22202.

II. JURISDICTION AND VENUE

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act.
4. The discriminatory acts occurred at Defendant's place of business in Charleston County, South Carolina.

III. STATEMENT OF CLAIM (Factual Timeline)

5. From August 17, 2023, to May 10, 2025, Plaintiff was employed by Defendant as a Pax Door Final Assembly Rig Team and Composite Fabrication Technician.
6. During the course of employment, Manager Tina L. Ladson explicitly informed Plaintiff's training class that if the placement was not a good fit, employees would be transferred back to their prior team or placed on a new team.
7. Plaintiff subsequently accepted this offer and requested a transfer due to placement issues and severe work-related stress, anxiety, and depression.
8. Upon making the request, Manager Tina L. Ladson recanted the training policy and informed Plaintiff that a transfer would require an 18-month waiting period.
9. Due to severe medical conditions of anxiety and depression worsened by the workplace environment, Plaintiff requested and went on approved medical leave, supported by medical documentation.
10. Defendant discriminated and retaliated against Plaintiff by denying compensation during the medical leave period.
11. On May 10, 2025, Defendant terminated Plaintiff's employment under the pretextual accusation of a Foreign Object Debris (FOD) violation.
12. Defendant further retaliated by providing fabricated information regarding the termination to the state, resulting in the denial of Plaintiff's unemployment benefits.
13. Plaintiff believes Defendant's actions constitute unlawful discrimination, fabrication, and retaliation based on a known disability and the taking of protected medical leave.

IV. ADMINISTRATIVE PREREQUISITES

14. Plaintiff filed a formal charge of discrimination with the EEOC in April 2026.
15. On June 19, 2026, Plaintiff officially received and viewed the Notice of Right to Sue. This Complaint is timely filed within the required 90-day window.

V. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court enter judgment against Defendant, granting Plaintiff back pay, compensatory damages for lost wages, and any other relief the Court deems just.

Dated: September 15, 2026

Respectfully submitted,

Johnté Lateish Porter

Johntè Lateish Porter
843.872.2922
johnteporter@yahoo.com